Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant,*
*Goldman Sachs & Co., LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

RICK A. ERDMANN;

Plaintiff,

v.

GOLDMAN SACHS & CO., LLC;

Defendant.

CASE NO. 2:20-cv-01565-RFB-VCF

**(FIRST) STIPULATION AND ORDER TO EXTEND TIME FOR GOLDMAN SACHS & CO., LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

The response of Defendant Goldman Sachs & Co., LLC ("Goldman") to Plaintiff Rick A. Erdmann's complaint currently was due September 17, 2020. Counsel for Goldman was only recently retained, giving Goldman limited time to review the pleadings and make the necessary requests for an extension to respond. Goldman has requested, and Plaintiff has agreed, that Goldman has up to and including October 19, 2020 to respond to Plaintiff's complaint, to provide time for Goldman to review Plaintiff's account and continue the parties' discussions about potential resolution.

*[Continued on following page.]*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated:  September 18, 2020

BALLARD SPAHR LLP

By:  /s/ Joel E. Tasca
Joel E. Tasca
Nevada Bar No. 14124
Emil S. Kim
Nevada Bar No. 14894
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant
Goldman Sachs & Co., LLC*

KRIEGER LAW GROUP, LLC

By:  /s/ Shawn Miller
David Krieger
Nevada Bar No. 9086
Shawn Miller
Nevada Bar No. 7825
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  9-21-2020
      _____

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMWEST #40526048 v1