Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant,
Goldman Sachs & Co., LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICK A. ERDMANN;<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN SACHS & CO., LLC;<br><br>Defendant. | CASE NO. 2:20-cv-01565-RFB-VCF<br><br>**(SECOND) STIPULATION AND ORDER TO EXTEND TIME FOR GOLDMAN SACHS & CO., LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The response of Defendant Goldman Sachs & Co., LLC ("Goldman") to Plaintiff Rick A. Erdmann's complaint is currently due October 19, 2020. Goldman has requested, and Plaintiff has agreed, that Goldman has up to and including November 19, 2020 to respond to Plaintiff's complaint, to provide time for Goldman to review Plaintiff's account and continue the parties' discussions about potential resolution.

*[Continued on following page.]*

DMWEST #40629691 v1

1  This is the second request for an extension, and it is made in good faith and
2 not for purposes of delay.
3 Dated: October 19, 2020

| BALLARD SPAHR LLP | KRIEGER LAW GROUP, LLC |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Emil S. Kim<br>Nevada Bar No. 14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Goldman Sachs & Co., LLC* | By: /s/ Shawn Miller<br>David Krieger<br>Nevada Bar No. 9086<br>Shawn Miller<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-19-2020

2

DMWEST #40629691 v1