# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RICK A. ERDMANN,

    Plaintiff,

vs.

GOLDMAN SACHS & CO., LLC,

    Defendant.

2:20-cv-01565-RFB-VCF

**ORDER**

    Before the court is Rick A. Erdmann v. Goldman Sachs & Co., LLC, case number 2:20-cv-01565-RFB-VCF.

    A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before February 2, 2021.

    IT IS FURTHER ORDERED that a telephonic status hearing is 11:30 AM, February 3, 2021.

    The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

    DATED this 26th day of January, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE